Cesar Sandoval
469 Hurstview Ave
Monrovia, CA 91016
(626) 272-5296

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

CESAR SANDOVAL,

    Plaintiff,

vs.

LVNV FUNDING LLC

    Defendant.

CASE NO. CV13- 4262

FCRA COMPLAINT

TRIAL BY JURY DEMANDED

1. Jurisdiction of this court arises under 15 U.S.C. § 1681p and 28 U.S.C. § 1331.

2. All conditions precedent to the bringing of this action, have been performed.

**PARTIES**

3. The Plaintiff in this lawsuit is Cesar Sandoval, a natural person, who resides in the State of California, in the County of Los Angeles City of Monrovia.

4. The Defendant in this lawsuit is LVNV FUNDING ("LVNV") a debt collection company with offices at P.O Box 740281 Houston, TX 77274

**VENUE**

4837-8456-4498.1

FCRA COMPLAINT

5. The occurrences which give rise to this action occurred in Los Angeles, California and Plaintiff resides in Los Angeles, California.

6. Venue is proper in the Central District of California.

## FACTUAL ALLEGATIONS

7. Plaintiff individually, hereby sues Defendant LVNV for violations of the Fair Credit Reporting Act (FCRA) 15 U.S.C. § 1681 *et seq*.

8. On April $2^{nd\ th}$ 2013 Defendant LVNV had initiated a hard pull on Experian, Equifax, Transunion consumer report, without permissible purpose thereby reducing Plaintiff's credit score.

9. At no time did Plaintiff ever have a relationship of any kind with Defendant LVNV as defined within The Fair Credit Reporting Act 15 U.S.C. § 1681b(3)(A)-(F).

10. Based on information and belief, Defendant LVNV did not have a lawful purpose for requesting, obtaining and using Plaintiff's consumer report from Experian on March 14th, 2013. Therefore, Defendant's request, acquisition and use of Plaintiff's consumer report was in violation of the Fair Credit Reporting Act, 15 U.S.C 15 § 1681b(f).

11. Defendant's failure to comply with the Fair Credit Reporting Act when it requested, obtained and used Plaintiff's consumer report on June 7th, 2013 was willful, as contemplated under 15 U.S.C. § 1681n under the Fair Credit Reporting Act. As a result of said conduct by Defendant, Plaintiff has been damaged.

12. In the alternative, Defendant's failure to comply with the Fair Credit Reporting Act when it requested, obtained and used Plaintiff's consumer report on April 2nd, 2013 was negligent,

as contemplated under 15 U.S.C. § 1681o under the Fair Credit Reporting Act. As a result of said conduct by Defendant, Plaintiff has been damaged.

13. Discovery of LVNV violation of Fair Credit Reporting Act 15 U.S.C § 1681b(f) occurred on April 2nd, 2013 and is within the statues of limitations as defined by The Fair Credit Reporting Act 15 U.S.C § 1681p.

14. On June 4th, 2012 Plaintiff sent a notice of the violation to LVNV by United States Postal Service certified mail #7011 2970 0002 2858 9955 with return receipt. This was in an effort to mitigate damages and reach a settlement for their violation in obtaining Plaintiff's consumer report on April 2nd, 2013 before taking civil action against Defendant.

## COUNT I

### VIOLATION OF THE FAIR CREDIT REPORTING ACT, 15 U.S.C. § 1681, WILLFUL NON-COMPLIANCE BY DEFENDANT LVNV FUNDING LLC

15. Paragraphs 1 through 14 are re-alleged as though fully set forth herein.

16. Plaintiff is a consumer within the meaning of the FCRA, 15 U.S.C. § 1681a(c).

17. Experian is a consumer reporting agency within the meaning of FCRA, 15 U.S.C. § 1681a(f).

18. LVNV is a furnisher of information within the meaning of Fair Credit Reporting Act, 15 U.S.C. 1681s-2.

19. Consumer report is a consumer report within the meaning of the FCRA, 15 U.S.C. §1681a(d).

20. The Fair Credit Reporting Act, 15 U.S.C. § 1681b defines the permissible purposes for which a person may obtain a consumer credit report. Such permissible purposes as defined by 15 U.S.C. § 1681b are generally, if the consumer makes application for credit, makes

application for employment, for underwriting of insurance involving the consumer, or is offered a bona fide offer of credit as a result of the inquiry.

21. The actions of Defendant obtaining the Equifax Experian Transunion consumer report on April 2nd[th] 2013, for the Plaintiff with no permissible purpose or Plaintiff's consent was a willful violation of Fair Credit Reporting Act, 15 U.S.C. § 1681b(f) as defined by Fair Credit Reporting Act, 15 U.S.C. § 1681b. see exhibit (p1)

22. At no time has the Defendant LVNV ever indicated what justification they may have had for obtaining Plaintiff's consumer report.

23. The defendant had a duty to properly ascertain if there was any legitimate permissible purpose before obtaining Plaintiff's consumer report and Defendant breached said duty by failing to do so.

24. There was no account that the Defendant had that would have given the Defendant permissible purpose to obtain Plaintiff's consumer report and therefore Plaintiff is entitled to damages for breach of said duty.

WHEREFORE, Plaintiff demands judgment for damages against Defendant LVNV for statutory damages, any attorney's fees, and costs pursuant to 15 U.S.C. § 1681n.

## COUNT II

**VIOLATION OF THE FAIR CREDIT REPORTING ACT, 15 U.S.C. § 1681, NEGLIGENT NON-COMPLIANCE BY DEFENDANT CONTINENTAL SERVICE GROUP INC. DBA JANE.**

25. Paragraphs 1 through 24 are re-alleged as though fully set forth herein.

26. Plaintiff is a consumer within the meaning of the FCRA, 15 U.S.C. § 1681a(c).

27. Experian is a consumer reporting agency within the meaning of FCRA, 15 U.S.C. § 1681a(f).

4837-8456-4498.1

4

FCRA COMPLAINT

28. Equifax is a consumer reporting agency within the meaning of FCRA, 15 U.S.C &1681a(f)

29. LVNV is a furnisher of information within the meaning of The Fair Credit Reporting Act, 15 U.S.C. 1681s-2.

30. Consumer report is a consumer report within the meaning of the FCRA, 15 U.S.C. §1681a(d).

31. The Fair Credit Reporting Act, 15 U.S.C. § 1681b defines the permissible purposes for which a person may obtain a consumer report.

32. The actions of Defendant obtaining the Experian consumer report on April 2nd, 2013, for the Plaintiff with no permissible purpose or Plaintiff's consent was a negligent violation of Fair Credit Reporting Act, 15 U.S.C. § 1681b(f) as defined by Fair Credit Reporting Act, 15 U.S.C. § 1681b.

33. At no time has LVNV ever indicated what justification they may have had for obtaining Plaintiff's consumer report. The defendant had a duty to properly ascertain if there was any legitimate permissible purpose before obtaining Plaintiff's consumer report and Defendant breached said duty by failing to do so.

34. There was no account that the Defendant had that would have given the Defendant permissible purpose to obtain Plaintiff's consumer report and therefore Plaintiff is entitled to damages for breach of said duty.

WHEREFORE, Plaintiff demands judgment for damages against Defendant LVNV for statutory damages, any attorney's fees, and costs pursuant to 15 U.S.C. § 1681o.

**DEMAND FOR TRIAL BY JURY**

Plaintiff is entitled to and hereby demands trial by jury.

DATED: June 12, 2013

By: _____
Cesar Sandoval

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

4837-8456-4498.1

FCRA COMPLAINT

# EXHIBIT P(1)

| | | |
|---|---|---|
| Payment Status: | | Paid or paying as agreed |
| Comments: | | Closed |

**24-Month Payment History**

| Date: | Dec 02 | Jan 03 | Feb 03 | Mar 03 | Apr 03 | May 03 | Jun 03 | Jul 03 | Aug 03 | Sep 03 | Oct 03 | Nov 03 | Dec 03 | Jan 04 | Feb 04 | Mar 04 | Apr 04 | May 04 | Jun 04 | Jul 04 | Aug 04 | Sep 04 | Oct 04 | Nov 04 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Experian: | | | | | | | | | | | | | | | | | | | | | | | | |
| Equifax: | | | | | | | | | | | | | | | | | | | | | | | | |
| TransUnion: | | | | | | | | | | | | | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

**LVNV FUNDING**

| | EXPERIAN | EQUIFAX | TRANSUNION |
|---|---|---|---|
| Account Name: | LVNV FUNDING LLC | LVNV FUNDING LLC | LVNV FUNDING |
| Account Number: | 601919054136XXXX | 601919054136XXXX | 60191905XXXX |
| Acct Type: | Debt Purchase | Open Account | Open account |
| Acct Status: | Closed | Closed | Open |
| Monthly Payment: | | | |
| Date Open: | 9/1/2011 | 9/1/2011 | 9/23/2011 |
| Balance: | $1,837.00 | $1,837.00 | $1,837.00 |
| Terms: | 1 Month | | |
| High Balance: | | $1,729.00 | $1,729.00 |
| Limit: | | | |
| Past Due: | $1,837.00 | $1,837.00 | $1,837.00 |
| Payment Status: | Seriously past due date / assigned to attorney, collection agency, or credit grantor's internal collection department | At least 120 days or more than four payments past due | Collection account |
| Comments: | | COLLECTION ACCOUNT | Placed for collection |

**24-Month Payment History**

| Date: | May 11 | Jun 11 | Jul 11 | Aug 11 | Sep 11 | Oct 11 | Nov 11 | Dec 11 | Jan 12 | Feb 12 | Mar 12 | Apr 12 | May 12 | Jun 12 | Jul 12 | Aug 12 | Sep 12 | Oct 12 | Nov 12 | Dec 12 | Jan 13 | Feb 13 | Mar 13 | Apr 13 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Experian: | | | | | | | | KD | KD | KD | KD | KD | KD | KD | KD | KD | KD | KD | KD | KD | KD | KD | KD | KD |
| Equifax: | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |
| TransUnion: | | | | | | | | | | | | | | | | | | | | | | | | |

**LVNV FUNDING**

| | EXPERIAN | EQUIFAX | TRANSUNION |
|---|---|---|---|
| Account Name: | LVNV FUNDING LLC | LVNV FUNDING LLC | LVNV FUNDING |
| Account Number: | 504662012011XXXX | 504662012011XXXX | 50466201XXXX |
| Acct Type: | Debt Purchase | Open Account | Open account |
| Acct Status: | Closed | Closed | Open |
| Monthly Payment: | | | |
| Date Open: | 9/1/2011 | 9/1/2011 | 9/23/2011 |
| Balance: | $3,137.00 | $3,137.00 | $3,137.00 |
| Terms: | 1 Month | | |
| High Balance: | | $2,947.00 | $2,947.00 |
| Limit: | | | |
| Past Due: | $3,137.00 | $3,137.00 | $3,137.00 |
| Payment Status: | Seriously past due date / assigned to attorney, collection agency, or credit grantor's internal collection department | At least 120 days or more than four payments past due | Collection account |
| Comments: | | COLLECTION ACCOUNT | Placed for collection |

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)

Cesar Sandoval 626-272-5296
469 Hurstview Ave
Monrovia CA 9016

**DEFENDANTS**

LVNV Funding LLC
P.O. Box 740281
Houston, TX 77274

**(b)** Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)

Attorneys (If Known)

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff
☒ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify):
☐ 6 Multi-District Litigation
☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT:  JURY DEMAND:** ☒ Yes ☐ No (Check 'Yes' only if demanded in complaint.)
**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☒ No      ☐ **MONEY DEMANDED IN COMPLAINT:** $ 2000.00

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

violation of the fair credit reporting act

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | | | ☐ 535 Death Penalty | |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 340 Marine | BANKRUPTCY | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | |
| ☒ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | FORFEITURE / PENALTY | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 490 Cable/Sat TV | | ☐ 355 Motor Vehicle Product Liability | | ☐ 610 Agriculture | PROPERTY RIGHTS |
| ☐ 810 Selective Service | | | CIVIL RIGHTS | ☐ 620 Other Food & Drug | ☐ 820 Copyrights |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | ☐ 441 Voting | | ☐ 830 Patent |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury- Med Malpractice | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | | ☐ 443 Housing/Acco- mmodations | | SOCIAL SECURITY |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | ☐ 365 Personal Injury- Product Liability | ☐ 444 Welfare | | ☐ 861 HIA (1395ff) |
| ☐ 892 Economic Stabilization Act | | | ☐ 445 American with Disabilities - Employment | ☐ 630 Liquor Laws | ☐ 862 Black Lung (923) |
| ☐ 893 Environmental Matters | ☐ 196 Franchise | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 640 R.R. & Truck | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 894 Energy Allocation Act | REAL PROPERTY | | | ☐ 650 Airline Regs | ☐ 864 SSID Title XVI |
| ☐ 895 Freedom of Info. Act | ☐ 210 Land Condemnation | | ☐ 446 American with Disabilities - Other | ☐ 660 Occupational Safety /Health | ☐ 865 RSI (405(g)) |
| | ☐ 220 Foreclosure | IMMIGRATION | | | FEDERAL TAX SUITS |
| ☐ 900 Appeal of Fee Determi- nation Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | ☐ 462 Naturalization Application | | ☐ 690 Other | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| | ☐ 240 Torts to Land | | ☐ 440 Other Civil Rights | | |
| | ☐ 245 Tort Product Liability | ☐ 463 Habeas Corpus- Alien Detainee | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| ☐ 950 Constitutionality of State Statutes | ☐ 290 All Other Real Property | ☐ 465 Other Immigration Actions | | | |

CV13-4262

FOR OFFICE USE ONLY:   Case Number: _____

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

CV-71 (05/08)                                                    CIVIL COVER SHEET                                                    Page 1 of 2

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☒ No  ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☒ No  ☐ Yes
If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:
(Check all boxes that apply)  ☐ A. Arise from the same or closely related transactions, happenings, or events; or
☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.
☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.
☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Houston | Texas |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.
**Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved

X. SIGNATURE OF ATTORNEY (OR PRO PER): _L_ _____   Date  06-13-2013

Notice to Counsel/Parties: The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |