LODGED

2013 JUN 13  PM 3:32

CLERK, U.S. DISTRICT COURT
CENTRAL DIST OF CA
LOS ANGELES

BY

FILED
CLERK, U.S. DISTRICT COURT

JUN 25 2013

CENTRAL DISTRICT OF CALIFORNIA
BY                        DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

CESAR SANDOVAL

**PLAINTIFF(S)**

v.

LVNV FUNDING LLC

**DEFENDANT(S)**

CASE NUMBER

**CV13- 4262 UA (DUTYx)**

**ORDER RE LEAVE TO FILE ACTION WITHOUT PREPAYMENT OF FILING FEE**

---

**IT IS ORDERED** that the complaint may be filed without prepayment of the filing fee.

Further proceedings in this matter are subject to the orders of the Judge to whom the case is assigned.

_____
Date

_____
United States Magistrate Judge

---

**IT IS RECOMMENDED** that the request of plaintiff/petitioner to file the action without prepayment of the filing fee be **DENIED** for the following reason(s):

☑ Inadequate showing of indigency.                    ☐ District Court lacks jurisdiction.
☐ Legally and/or factually patently frivolous          ☐ Immunity as to _____
☐ Other: _____

Comments: *Plaintiff's Declaration is incomplete. See paragraphs 1(b) and 5 of Declaration.*

6/17/13
_____
Date

_____
United States Magistrate Judge

---

**IT IS ORDERED** that the request of plaintiff to file the action without prepayment of the filing fee is:
☐ **GRANTED**      ☒ **DENIED (See comments above).**

6/20/13
_____
Date

_____
United States District Judge

---

CV-73A (01/10)            **ORDER RE LEAVE TO FILE ACTION WITHOUT PREPAYMENT OF FILING FEE**